IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEONARD BAKER, | 1:11-cv-01962-GSA-PC |
| Plaintiff, | ORDER RE PLAINTIFF'S OBJECTIONS (Doc. 9.) |
| vs. | ORDER DENYING REQUEST FOR HYPNOTIST, EQUIPMENT, MAILING, AND COURT TRIAL FOR ACQUITTAL |
| CSP WARDEN, et al., | |
| Defendants. | ORDER GRANTING REQUEST FOR ADDRESS OF COURT OF APPEALS |
| | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| _____/ | THIRTY DAY DEADLINE |

David Leonard Baker ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on November 29, 2011. (Doc. 1.) On December 6, 2011, Plaintiff consented to the jurisdiction of a Magistrate Judge in this action, and no other parties have made an appearance. (Doc. 3.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On March 29, 2012, the Court entered an order dismissing the Complaint for failure to state a claim, with leave to amend within thirty days. (Doc. 8.) On April 24, 2012, Plaintiff

1  filed objections, requesting that the Court provide him with a court-appointed hypnotist to assist
2  him in making reenactment transcripts to obtain an acquittal ruling. (Doc. 9.) Plaintiff also
3  requests an audio video phone recorder, transcriber, and mailing. In the alternative, Plaintiff
4  requests a court trial for acquittal. Or, in the alternative, Plaintiff requests the Court to provide
5  him with the address of the United States Court of Appeal. Id.

6      The expenditure of public funds on behalf of an indigent litigant is proper only when
7  authorized by Congress. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted).
8  The in forma pauperis statute does not authorize the expenditure of public funds for the
9  appointment of a hypnotist or for purchase of the equipment and mailing sought by Plaintiff in
10  the instant request. Accordingly, Plaintiff's request for a court-appointed hypnotist, an audio
11  video phone recorder, transcriber, and mailing shall be denied. With respect to Plaintiff's
12  request for a court trial for acquittal, such relief is not available in this section 1983 civil rights
13  action and must also be denied. See 42 U.S.C. § 1983.

14      Plaintiff's request for the address of the United States Court of Appeals shall be granted.
15  In addition, Plaintiff shall be granted an extension of time in which to file an amended
16  complaint, pursuant to the Court's order of March 29, 2012.

17      Based on the foregoing, IT IS HEREBY ORDERED that:

18    1.  Plaintiff's request for a court trial for acquittal is DENIED;
19    2.  Plaintiff's request for a court-appointed hypnotist, audio video phone recorder,
20        transcriber, and mailing is DENIED;
21    3.  Plaintiff's request to be provided with the address of the Court of Appeals is
22        GRANTED, as follows:

        **U.S. Court of Appeals for the Ninth Circuit**
        **P.O. Box 193939**
        **San Francisco, CA 94119-3939**

25    4.  Plaintiff is GRANTED thirty days from the date of service of this order in which
26        to file an amended complaint, pursuant to the Court's order of March 29, 2012;
27    5.  The Clerk is DIRECTED to send Plaintiff a civil rights complaint form; and
28  ///

6. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   May 11, 2012                               /s/ Gary S. Austin
                                                   UNITED STATES MAGISTRATE JUDGE