# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEONARD BAKER, | 1:11-cv-01962-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
| v. | |
| CSP WARDEN, et al., | (Docs. 1 and 8) |
| Defendants. | ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(g) |
| | ORDER FOR CLERK TO CLOSE CASE |

Plaintiff David Leonard Baker, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 29, 2011. (Doc. 1.) On December 6, 2011, Plaintiff consented to Magistrate Judge jurisdiction in this action, and no other parties have made an appearance. (Doc. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On March 29, 2012, the Court dismissed Plaintiff's Complaint for failure to state a claim and ordered Plaintiff to file an amended complaint within thirty days. (Doc. 8.) 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). On May 11, 2012, Plaintiff was granted a thirty-day extension of time to file the

1 amended complaint. (Doc. 10.) To date, Plaintiff has not complied with the Court's order. As a
2 result, there is no pleading on file which sets forth any claims upon which relief may be granted.
3     Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
4 HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief
5 may be granted under section 1983. This dismissal is subject to the "three-strikes" provision set
6 forth in 28 U.S.C. § 1915(g). <u>Silva v. Vittorio</u>, 658 F.3d 1090 (9th Cir. 2011).

    IT IS SO ORDERED.

    **Dated:**   **June 28, 2012**               /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE